AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

ROSEMARIE MCMULLEN

**SUMMONS IN A CIVIL CASE**

V.

BOYS AND GIRLS CLUBS
OF DELAWARE, INC.

CASE NUMBER: 0 6 − 5 3 6

TO: (Name and address of Defendant)

> Boys and Girls Clubs of Delaware
> 669 South Union Street
> Wilmington, DE  197806
> Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Jeffrey K. Martin, Esquire (#2407)
> Lori A. Brewington, Esquire (#4522)
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, Delaware 19806
> 302-777-4680

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    9/12/06

CLERK                               DATE

_Monica Norley_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>9/14/06 |
| NAME OF SERVER (PRINT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: BOYS & GIRLS CLUBS OF DELAWARE AT 669 S. UNION ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY LISA LYNCH

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/14/06
_____
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.