IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROSEMARIE MCMULLEN,                :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 06-566-JJF
                                   :
BOYS AND GIRLS CLUBS OF            :
DELAWARE INC.,                     :
                                   :
        Defendant.                 :

### O R D E R

WHEREAS, this matter has been pending with no activity for five (5) months;

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

NOW THEREFORE, IT IS HEREBY ORDERED that the Plaintiff show cause in writing within **ten (10) days** of the date of this Order why this matter should not be dismissed.

February 28, 2007                              _Joseph J. Farnan Jr._
    DATE                                    UNITED STATES DISTRICT JUDGE