IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-566-JJF |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW**, the Plaintiff, by and through her attorney, hereby requests that this Honorable Court enter a judgment by default against the Defendant Boys and Girls Clubs of Delaware, Inc. pursuant to Federal Rules of Civil Procedure 55. In support of this Motion, Plaintiff states the following:

1. On or about September 12, 2006, Plaintiff filed this action, Civil Action Number 06-566-JFF, seeking damages from the Defendant, Boys and Girls Club of Delaware, Inc.

2. On or about September 14, 2006, service of the Complaint was effected upon Defendant Boys and Girls Club of Delaware, Inc. by serving the Boys and Girls Clubs of Delaware, Inc. at 669 South Union Street, Wilmington, Delaware 19806.

3. As of the date of the drafting of this Motion, the Defendant Boys and Girls Club, Inc. has failed to file an Answer or other responsive pleading in response to the Complaint.

4. More than twenty (20) days have elapsed since service of the Complaint.

                           MARGOLIS EDELSTEIN

                           /s/ Lori A. Brewington
                           Jeffrey K. Martin, Esquire (#2407)
                           Lori A. Brewington, Esquire (#4522)
                           1509 Gilpin Avenue
                           Wilmington, Delaware 19806
                           (302) 777-4680
                           (302) 777-4682 facsimile
                           Attorneys for Plaintiff

Dated: March 8, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-566-JJF |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the attached Plaintiff's Motion for Default Judgment will be presented to the Honorable Joseph J. Farnan, Jr. at the convenience of the Court.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 facsimile
Attorneys for Plaintiff

Dated: March 8, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-566-JJF |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW, TO WIT**, this _____ day of _____, 2007, this cause having come to be considered on Plaintiff's Motion for Default Judgment, and there being good cause for granting such Motion;

**IT IS HEREBY ORDERED**, that judgment by default can be entered against the Defendant, and in favor of the Plaintiff, Rosemarie McMullen.

**IT IS FURTHER ORDERED** that a separate hearing will be scheduled at the convenience of the Court to assess and award damages, together with Court costs, attorneys' fees, and any other relief deemed just and proper by this Honorable Court.

_____
Judge

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEMARIE MCMULLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 06-566-JJF |
| v. ) | |
| ) | |
| BOYS AND GIRLS CLUBS ) | |
| OF DELAWARE, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that two (2) true and correct copies of the foregoing Notice of Motion and Plaintiff's Motion for Default Judgment were sent via First Class U.S. Mail, postage prepaid, on March 8, 2007 to the following:

Boys and Girls Club of Delaware, Inc.
ATTN: Janice Bates
669 S. Union Street
Wilmington, Delaware 19806

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 facsimile
Attorneys for Plaintiff

Dated: March 8, 2007