

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
**1509 GILPIN AVENUE**
**WILMINGTON, DE 19806**
**302-777-4680**
**FAX 302-777-4682**

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

\* MEMBER OF THE HARMONIE GROUP

LORI A. BREWINGTON, ESQUIRE
lbrewington@margolisedelstein.com

March 14, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

>          RE:    **McMullen v. Boys and Girls Clubs of Delaware, Inc.**
>                 **C.A. No.: 06-566 (JJF)**
> -------------------------------------------------------------

Dear Judge Farnan:

This letter is in response to the Court's Local Rule 41.1 Order requiring Plaintiff Rosemarie McMullen to show cause why the above-mentioned matter should not be dismissed.

Ms. McMullen filed the above-captioned action in this court under Title VII alleging that she was discriminated against by Defendant Boys and Girls Clubs of Delaware, Inc. (hereafter "Defendant") based upon her gender and her status as a pregnant woman. Her Complaint was filed on or about September 12, 2006, and service of the Complaint was effected upon the Defendant on or about September 14, 2006. Having received no response to the Complaint, I contacted the Defendant on or about November 27, 2006, to determine whether or not the Defendant was represented by counsel. At that time, Janice Bates, Vice-President of Human Resources, informed me that Defendant had received the Complaint and the Defendant was "looking into the matter." Since that time, Defendant has failed to file an Answer or other responsive pleading in response to the Complaint.

Prompted by this Court's Order of February 28, 2007, undersigned counsel filed a Motion for Default Judgment against Defendant on March 8, 2007. This motion has not yet been ruled upon by this Court. Therefore, Plaintiff's respectfully requests that this case

not be dismissed until after the disposition of Plaintiff's Motion for Default Judgment.

Counsel is available at your convenience should you wish to further discuss this matter.

Respectfully yours,

*for Lori Brewington*

LORI A. BREWINGTON