IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-566-JJF |
| BOYS AND GIRLS CLUBS OF DELAWARE INC., | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court issued an Order (D.I. 4) in the above-captioned action requiring Plaintiff to show cause in writing within ten (10) days of the Court's Order why this case should not be dismissed for inactivity;

WHEREAS, Plaintiff has responded to the Court's Order by filing a letter (D.I. 6) explaining the status of this action and a Motion For Default Judgment (D.I. 5);

WHEREAS, the Court finds Plaintiff's response sufficient to satisfy the Court that this matter should not be dismissed at this juncture for lack of activity;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's Order (D.I. 4) to show cause why this action should not be dismissed for inactivity is **RETIRED**.

March 16, 2007
DATE

UNITED STATES DISTRICT JUDGE