# BALICK & BALICK, LLC
### ATTORNEYS AT LAW

SIDNEY BALICK
ADAM BALICK
JOANNE CEBALLOS

711 KING STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 658-4265
TELECOPIER (302) 658-1682
WWW.BALICK.COM

March 20, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

      *Re:*    *McMullen v. Boys & Girls Clubs of Delaware Inc.*
             *06-566-JJF*

Dear Judge Farnan:

      I am writing to advise the Court that our firm has been retained to represent the defendant in the above-referenced matter. I spoke to plaintiff's attorney, Lori Brewington, today, and she kindly agreed to withdraw plaintiff's Motion for Default Judgment and further agreed to allow us until March 27, 2007, to answer, move or otherwise respond to the Complaint.

      I am available at the Court's convenience if you have any questions.

                                    Respectfully,

                                    Joanne Ceballos

JC/jz
cc:     Clerk of the Court
         Lori A. Brewington, Esquire