IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROSEMARIE MCMULLEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. | ) | |
| | ) | |
| **BOYS AND GIRLS CLUBS** | ) | |
| **OF DELAWARE, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of the Wilmington, Delaware Margolis Edelstein office changed as of April 2, 2007. Please note that the new address for the office is Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, Delaware, 19801.

Respectfully submitted,
MARGOLIS EDELSTEIN

By: _____
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

*Counsel for Plaintiff, Rosemarie McMullen*

Dated: April 10, 2007
      Wilmington, Delaware