IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-566-JJF |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on April 10, 2007, I electronically filed the attached **Notice of Change of Address** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, and also sent via first class mail, postage pre-paid:

**Joanne Ceballos**
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
(302) 658-4265
Fax: (302) 658-1682
Email: jceballos@balick.com
*Attorney for Defendant, Boys and Girls Club of Delaware, Inc.*

                                      Respectfully submitted,
                                      MARGOLIS EDELSTEIN

                                      By: _____
                                      Lori A. Brewington, Esquire (#4522)
                                      750 South Madison Street, Suite 102
                                      Wilmington, DE 19801
                                      (302) 777-4680 (telephone)
                                      (302) 777-4682 (facsimile)
                                      *Counsel for Plaintiff, Rosemarie McMullen*