IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEMARIE MCMULLEN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 06-566-JJF<br>)<br>) |
| BOYS AND GIRLS CLUBS<br>OF DELAWARE, INC., | )<br>) JURY TRIAL DEMANDED<br>) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the attached Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys of record below:

Adam Balick, Esquire
Joanne Ceballos, Esquire
BALICK & BALICK LLC
711 King Street
Wilmington, Delaware 19801

MARGOLIS EDELSTEIN

Lori A. Brewington (#4522)
750 South Madison Street
Suite 102
Wilmington, Delaware 19801
(302) 777-4680
Attorney for Plaintiff,
Rosemarie McMullen