# BALICK & BALICK, LLC
## ATTORNEYS AT LAW

SIDNEY BALICK
ADAM BALICK
JOANNE CEBALLOS

711 KING STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 658-4265
TELECOPIER (302) 658-1682
WWW.BALICK.COM

April 24, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

      *Re:    McMullen v. Boys & Girls Clubs of Delaware Inc.*
             *06-566-JJF*

Dear Judge Farnan:

     In light of the factual assertions made in Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss based on statute of limitations grounds (Docket Item 12), I am writing to withdraw Defendant's Motion to Dismiss (Docket Item 9) without prejudice to Defendant's right to renew same should discovery establish that the facts support dismissal based on the statute of limitations.

     I am available at the Court's convenience if you have any questions.

                                    Respectfully,

                                    */s/ Joanne Ceballos*

                                    Joanne Ceballos

JC/jz
cc:    Clerk of the Court
        Lori A. Brewington, Esquire