IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEMARIE MCMULLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 06-566 JJF |
| v. ) | |
| ) | |
| BOYS AND GIRLS CLUBS ) | |
| OF DELAWARE, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

### WITHDRAWAL OF APPEARANCE

PLEASE withdraw the appearance of Lori A. Brewington, Esquire on behalf of Plaintiff, Rosemarie McMullen, in the above-captioned matter.

MARGOLIS EDELSTEIN

_/s/ Lori A. Brewington_
Lori A. Brewington, Esquire (#4522)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

### ENTRY OF APPEARANCE

PLEASE enter the appearance of Herbert W. Mondros, Esquire on behalf of Plaintiff, Rosemarie McMullen, in the above-captioned matter.

MARGOLIS EDELSTEIN

_/s/ Herbert W. Mondros_
Herbert W. Mondros, Esquire (#3308)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

DATED: July 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEMARIE MCMULLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOYS AND GIRLS CLUBS )<br>OF DELAWARE, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. . 06-566 JJF<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, do hereby certify that on July 2, 2007, I caused the foregoing **Notice of Withdrawal of Counsel and Entry of Appearance** to be served by First Class U.S. Mail, postage prepaid on the following:

Boys and Girls Club of Delaware, Inc.
ATTN: Janice Bates
669 S. Union Street
Wilmington, Delaware 19806

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (DE #3308)
750 S. Madison Street
Suite 102
Wilmington, DE 19801
Attorney for Plaintiff