## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE CLERK OF COURT:**

Kindly withdraw my appearance on behalf of Boys and Girls Clubs of Delaware, Inc., defendant in the above-captioned action.

Joanne Ceballos, Esquire (#2854)
BALICK & BALICK, LLC
711 King Street
Wilmington, Delaware 19801
302.658.4265
jceballos@balick.com

**TO THE CLERK OF COURT:**

Kindly enter my appearance on behalf of Boys and Girls Clubs of Delaware, Inc., defendant in the above-captioned action.

James E. Drnec, Esquire (#3789)
BALICK & BALICK, LLC
711 King Street
Wilmington, Delaware 19801
302.658.4265
jdrnec@balick.com

Dated: August 2, 2007