IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-566-JJF |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO SCHEDULE PRETRIAL CONFERENCE AND TRIAL

The parties, through their counsel, respectfully request that the Court schedule a case management conference or case management teleconference. The grounds for this Motion are as follows:

1. This matter was filed on September 12, 2006. An answer was filed on May 9, 2007.

2. A case scheduling order has not yet been entered.

3. The parties respectfully request a conference or a teleconference to set a case scheduling order and trial date in this matter.

| MARGOLIS EDELSTEIN | BALICK & BALICK LLC |
|---|---|
| /s/ Herbert W. Mondros | /s/ James E. Drnec |
| Herbert W. Mondros, Esquire (#3308) | James E. Drnec, Esq. (#3789) |
| 750 South Madison Street, Suite 102 | 711 King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 888-1112 | (302) 429-1900 |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| November 14, 2007 | November 14, 2007 |
| DATE | DATE |