IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEMARIE MCMULLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 06-566-JJF |
| v. ) | |
| ) | |
| BOYS AND GIRLS CLUBS ) | |
| OF DELAWARE, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Herbert W. Mondros, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's First Request for Production of Documents Directed to Defendant* were sent via U. S Mail postage pre-paid on November 29, 2007 to the following:

Balick & Balick LLC
James E. Drnec, Esquire
711 King Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

/s/ *Herbert W. Mondros*
_____
Herbert W. Mondros, Esq. (Del ID No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302.888.1112
Attorneys for Plaintiff

Dated: November 29, 2007