IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROSEMARIE MCMULLEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 06-566-JJF |
| v. ) | |
| ) | |
| **BOYS AND GIRLS CLUBS** ) | |
| **OF DELAWARE, INC.,** ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Herbert W. Mondros, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant* were sent via U. S Mail postage pre-paid on November 29, 2007 to the following:

Balick & Balick LLC
James E. Drnec, Esquire
711 King Street
Wilmington, DE 19801

          MARGOLIS EDELSTEIN

          /s/ *Herbert W. Mondros*
          _____
          Herbert W. Mondros, Esq. (Del ID No. 3308)
          750 South Madison Street, Suite 102
          Wilmington, DE 19801
          302.888.1112
          Attorneys for Plaintiff

Dated: November 29, 2007