IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-566-JJF |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Herbert W. Mondros, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the ***Plaintiff's Rule 26(a)(1) Initial Disclosures and Certificate of Service*** were served via First Class US Mail on December 17, 2007 to the following:

Balick & Balick LLC
James E. Drnec, Esquire
711 King Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

/s/ *Herbert W. Mondros*
_____
Herbert W. Mondros, Esquire (Del No 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 fax
hmondros@margolisedelstein.com
Attorney for Plaintiff

Dated: December 17, 2007