## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROSEMARIE MCMULLEN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. | ) | |
| | ) | |
| **BOYS AND GIRLS CLUBS** | ) | |
| **OF DELAWARE, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## BOYS AND GIRLS CLUBS OF DELAWARE, INC.'S RULE 26 DISCLOSURES

I, James E. Drnec, counsel for the Defendant, Boys and Girls Clubs of Delaware, Inc.

("BGC"), hereby certify that two true and correct copies of BGC's Initial Disclosures Pursuant to

Rule 26(a)(1) and Certificate of Service were served via U.S. Mail on Plaintiff's counsel at the

following address:

> Herbert W. Mondros, Esquire
> Margolis & Edelstein
> 75 South Madison Street, Suite 102
> Wilmington, DE 19801


> BALICK & BALICK, LLC


> _____/s/ James E. Drnec_____
> James E. Drnec, Esquire (#3789)
> 711 King Street
> Wilmington, Delaware 19801
> 302.658.4265
> Attorneys for Defendant
> Boys & Girls Clubs of Delaware, Inc.

Date:   December 17, 2007