## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROSEMARIE MCMULLEN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION NO. 06-566-JJF** |
| v. | ) |
| | ) |
| **BOYS AND GIRLS CLUBS** | ) |
| **OF DELAWARE, INC.,** | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DEFENDANT'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT

I, James E. Drnec, hereby certify that on this 14th day of January 2008, Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories Directed to Defendant were served on the following counsel by First Class Mail:

> Herbert W. Mondros, Esquire
> Margolis & Edelstein
> 75 South Madison Street, Suite 102
> Wilmington, DE 19801

> BALICK & BALICK, LLC

> /s/ James E. Drnec
> James E. Drnec, Esquire (#3789)
> 711 King Street
> Wilmington, Delaware 19801
> 302.658.4265
> Attorneys for Defendant
> Boys & Girls Clubs of Delaware, Inc.

Date: January 15, 2008