**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ROSEMARIE MCMULLEN**,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | **CIVIL ACTION NO. 06-566-JJF** |
| v.   ) | |
| ) | |
| **BOYS AND GIRLS CLUBS**   ) | |
| **OF DELAWARE, INC.**,   ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant.   ) | |

**NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO
PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT**

I, James E. Drnec, hereby certify that on this 14th day of January 2008, Defendant's Responses to Plaintiff's First Set of Production of Documents Directed to Defendant were served on the following counsel by First Class Mail:

> Herbert W. Mondros, Esquire
> Margolis & Edelstein
> 75 South Madison Street, Suite 102
> Wilmington, DE 19801

BALICK & BALICK, LLC

      /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Boys & Girls Clubs of Delaware, Inc.

Date:  January 15, 2008