IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROSEMARIE MCMULLEN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. | ) | |
| | ) | |
| **BOYS AND GIRLS CLUBS** | ) | |
| **OF DELAWARE, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, James E. Drnec, hereby certify that on this 17th day of January 2008, Janice Bates' Verification for Defendant's Answers to Plaintiff's First Set of Interrogatories Directed to Defendant was served on the following counsel by First Class Mail:

        Herbert W. Mondros, Esquire
        Margolis & Edelstein
        75 South Madison Street, Suite 102
        Wilmington, DE 19801

BALICK & BALICK, LLC

        /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)
        711 King Street
        Wilmington, Delaware 19801
        302.658.4265
        Attorneys for Defendant
        Boys & Girls Clubs of Delaware, Inc.

Date: January 17, 2008

## Verification

I, Janice Bates, hereby verify that the information contained in the foregoing Defendant's Answers to Plaintiff's First Set of Interrogatories Directed to Defendant is true and correct to the best of my knowledge.

*/s/ Janice M. Bates*
Janice Bates

*/s/ Lisa K. Lynch*
Witness -- Notary
My commission expires:

LISA K. LYNCH
Notary Public - State of Delaware
My Comm. Expires June 16, 2009