IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROSEMARIE MCMULLEN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. ) | |
| ) | |
| **BOYS AND GIRLS CLUBS** ) | |
| **OF DELAWARE, INC.,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, James E. Drnec, hereby certify that on this 28th day of March 2008, Defendant's First Set of Requests for Production Directed to Plaintiff was served on the following counsel by First Class Mail:

>Herbert W. Mondros, Esquire
>Margolis & Edelstein
>75 South Madison Street, Suite 102
>Wilmington, DE 19801

>BALICK & BALICK, LLC

>    /s/ James E. Drnec
>James E. Drnec, Esquire (#3789)
>711 King Street
>Wilmington, Delaware 19801
>302.658.4265
>Attorneys for Defendant
>Boys & Girls Clubs of Delaware, Inc.

Date: March 28, 2008