IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROSEMARIE MCMULLEN**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**BOYS AND GIRLS CLUBS** )<br>**OF DELAWARE, INC.**, )<br>)<br>Defendant. ) | **CIVIL ACTION NO. 06-566-JJF**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, James E. Drnec, hereby certify that on this 28th day of March 2008, Defendant's First Set of Interrogatories Directed to Plaintiff was served on the following counsel by First Class Mail:

>Herbert W. Mondros, Esquire
>Margolis & Edelstein
>75 South Madison Street, Suite 102
>Wilmington, DE 19801


>BALICK & BALICK, LLC


>    /s/ James E. Drnec
>James E. Drnec, Esquire (#3789)
>711 King Street
>Wilmington, Delaware 19801
>302.658.4265
>Attorneys for Defendant
>Boys & Girls Clubs of Delaware, Inc.

Date: March 28, 2008