IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROSEMARIE MCMULLEN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. | ) | |
| | ) | |
| **BOYS AND GIRLS CLUBS** | ) | |
| **OF DELAWARE, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, James E. Drnec, hereby certify that on this 28th day of March 2008, Defendant's First Set of Requests for Admissions was served on the following counsel by First Class Mail:

        Herbert W. Mondros, Esquire
        Margolis & Edelstein
        75 South Madison Street, Suite 102
        Wilmington, DE 19801

        BALICK & BALICK, LLC


          /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)
        711 King Street
        Wilmington, Delaware 19801
        302.658.4265
        Attorneys for Defendant
        Boys & Girls Clubs of Delaware, Inc.

Date: March 28, 2008