IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSEMARIE MCMULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-566-JJF |
| v. | ) | |
| | ) | |
| BOYS AND GIRLS CLUBS | ) | |
| OF DELAWARE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Herbert W. Mondros, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Response of Plaintiff Rosemarie McMullen to Defendant's First Set of Request for Admissions* were sent via U. S Mail postage pre-paid on April 25, 2008 to the following:

Balick & Balick LLC
James E. Drnec, Esquire
711 King Street
Wilmington, DE 19801

              MARGOLIS EDELSTEIN

              /s/ *Herbert W. Mondros*
              _____
              Herbert W. Mondros, Esq. (Del ID No. 3308)
              750 Shipyard Drive, Suite 102
              Wilmington, DE 19801
              302.888.1112
              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Response of Plaintiff Rosemarie McMullen to Defendant's First Set of Request for Admissions* were sent via U. S Mail postage pre-paid on April 25, 2008 to the following:

Balick & Balick LLC
James E. Drnec, Esquire
711 King Street
Wilmington, DE 19801

                                                MARGOLIS EDELSTEIN

                                                /s/ *Herbert W. Mondros*

                                                Herbert W. Mondros, Esq. (Del ID No. 3308)
                                                750 Shipyard Drive, Suite 102
                                                Wilmington, DE 19801
                                                302.888.1112
                                                Attorneys for Plaintiff