IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROSEMARIE MCMULLEN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 06-566-JJF |
| v. ) | |
| ) | |
| **BOYS AND GIRLS CLUBS** ) | |
| **OF DELAWARE, INC.,** ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Herbert W. Mondros, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that a true and correct copy of the foregoing *Response of Plaintiff Rosemarie McMullen to Defendant's Request for Production of Documents* was sent via U. S Mail postage pre-paid on May 16, 2008 to the following:

Balick & Balick LLC
James E. Drnec, Esquire
711 King Street
Wilmington, DE 19801

MARGOLIS EDELSTEIN

/s/ *Herbert W. Mondros*

_____
Herbert W. Mondros, Esq. (Del ID No. 3308)
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
302.888.1112
Attorneys for Plaintiff