# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROSEMARIE MCMULLEN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. | ) | |
| | ) | |
| **BOYS AND GIRLS CLUBS** | ) | |
| **OF DELAWARE, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF AMY SHEPARD

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Rosemarie McMullen ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of Amy Shepard by oral testimony before an officer duly authorized to administer an oath, commencing on Wednesday, July 17, 2008, beginning at 9:00 a.m., or at such other dates and times as counsel may agree, at the offices of Margolis Edelstein, 750 Shipyard Drive, Suite 102, Wilmington, DE 19801.  The deposition shall continue thereafter until terminated by counsel for the Plaintiff.  The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

                                                MARGOLIS EDELSTEIN

                                                */s/ Herbert W. Mondros*
                                                Herbert W. Mondros, Esquire (#3308)
                                                750 Shipyard Drive, Suite 102
                                                Wilmington, Delaware 19801

Dated: July 1, 2008                    (302) 888-1112 phone
CC: Wilcox & Fetzer               Attorneys for Plaintiff