IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROSEMARIE MCMULLEN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 06-566-JJF |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| **BOYS AND GIRLS CLUBS** ) | |
| **OF DELAWARE, INC.**, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension of time so that fact discovery shall be completed by September 30, 2008.


MARGOLIS EDELSTEIN                          BALICK & BALICK, LLC


*/s/ Herbert W. Mondros*                     */s/ James E. Drnec*
Herbert W. Mondros, Esquire (#3308)          James E. Drnec, Esquire (#3789)
750 Shipyard Drive, Suite 102                711 North King Street
Wilmington, Delaware 19801                   Wilmington, Delaware 19801-3503
(302) 888-1112 phone                         (302) 658-4265 phone
*Attorneys for Plaintiff*                    *Attorneys for Defendant*



SO ORDERED this _____ day of July, 2008.


                                            _____
                                            The Honorable Joseph J. Farnan, Jr.