## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROSEMARIE MCMULLEN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO. 06-566-JJF** |
| v. ) | |
| ) | |
| **BOYS AND GIRLS CLUBS** ) | |
| **OF DELAWARE, INC.**, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

### NOTICE OF RECORDS ONLY DEPOSITION**

TO:  Herbert Mondros, Esquire
 Margolis Edelstein
 750 South Madison Street
 Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the records deposition of the below-listed physicians on *September 5, 2008 at 9:00 a.m*. at the office of Balick & Balick, LLC, 711 N. King St., Wilmington, DE 19801:

DR. HELEN MCCULLOUGH
4735 Ogletown Stanton Road
Newark, DE 19713

**SUBPOENA DUCES TECUM:** Copies of all medical records pertaining to Rosemarie McMullen.

**Note:** Personal appearance is waived if copies of the records are received in this office before September 5, 2008, the date of the deposition.

BALICK & BALICK, LLC

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant

Date: August 18, 2008